## IN THE MATTER OF THE TRANSFER INHERITANCE TAX IN THE ESTATE OF GEORGE J. GOULD, DECEASED.

Argued February 4, 1931—Decided April 24, 1931.

For the appellants, *McCarter & English*.

For the respondent, *William A. Stevens*, attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinions delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ. 11.

*For reversal*—None.